United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Syed Hasan Naqvi
Fariha Naqvi
       Debtors

Case No. 16-14185-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Oct 20, 2016
                        Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2016.
db/jdb     +Syed Hasan Naqvi,    Fariha Naqvi,    4523 Homestead Drive,    Nazareth, PA 18064-8997
cr        +Deutsche Bank Trust Company Americas, as Trustee,    Aldridge Pite, LLP,
           4375 Jutland Dr Suite 200,    San Diego, CA 92117-3600
cr        +Nationstar Mortgage LLC,    c/o Alexander K. Lee,    4375 Jutland Dr, Suite 200,    PO Box 17933,
           San Diego, CA 92177-7921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2016 at the address(es) listed below:
           FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
           JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank Trust Company
            bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
           KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
           LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
           PRASHANT   BHATIA    on behalf of Joint Debtor Fariha   Naqvi Prashant@bhatiallp.com
           PRASHANT   BHATIA    on behalf of Debtor Syed Hasan Naqvi Prashant@bhatiallp.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                       TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Fariha Naqvi aka Fariha Bokhari<br>         Syed Hasan Naqvi aka Syed Hasan Naqui<br>                         Debtors | CHAPTER 13 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QO8<br>                         Movant<br>                vs. | NO. 16-14185 REF |
| Fariha Naqvi aka Fariha Bokhari<br>Syed Hasan Naqvi aka Syed Hasan Naqui<br>                         Debtors | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>                         Trustee | |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 4523 Homestead Dr, Nazareth, Pa 18064 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage.

**Date: October 20, 2016**

_____
United States Bankruptcy Judge.