UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                               :
                                                     :
    SYED HASAN NAQVI                         : Bankruptcy No. 16-14185REF
    and                                      :
    FARIHA NAQVI                             :

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred *for one year* from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

11/3/16

_____
Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Prashant Bhatia, Esq.
475 Wall Street
Princeton, NJ 08540

Syed Hasan and Fariha Naqvi
4523 Homestead Drive
Nazareth, PA 18064

Dave Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107