United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-14185-ref
Syed Hasan Naqvi                                                    Chapter 13
Fariha Naqvi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa          Page 1 of 3          Date Rcvd: Nov 03, 2016
                           Form ID: pdf900      Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2016.

```
db/jdb       +Syed Hasan Naqvi,   Fariha Naqvi,   4523 Homestead Drive,   Nazareth, PA 18064-8997
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr           +Deutsche Bank Trust Company Americas, as Trustee,   Aldridge Pite, LLP,
               4375  Jutland Dr Suite 200,   San Diego, CA 92117-3600
13742453     +1st National Bank Of A,   1665 West Alameda,   Tempe, AZ 85282-3200
13742458     +Americollect Inc,   Po Box 371100,   Milwaukee, WI 53237-2200
13742461     +Avelo Mortgage/Litton Loan Servicing/Ocw,   Attention: Bankruptcy,   P.O. Box 24738,
               West Palm Beach, FL 33416-4738
13742462    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:  Bank Of America,   Attention: Recovery Department,
               4161 Peidmont Pkwy.,   Greensboro, NC 27410)
13742479     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
13782906      Capital One NA,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
13742481     +Chase Card,   P.o. Box 15298,   Wilmington, DE 19850-5298
13742483     +Chrysler Financial/TD Auto Finance,   Attn: Bankruptcy Dept,   Po Box 551080,
               Jacksonville, FL 32255-1080
13746876     +Deutsche Bank Trust Company Americas,   Nationstar Mortgage, LLC,   PO Box 619096,
               Dallas TX 75261-9096
13742484     +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
13742486     +First Data,   1307 Walt Whitman Rd,   Melville, NY 11747-4819
13742490     +Gmac Mortgage,   3451 Hammond Ave,   Waterloo, IA 50702-5300
13742491     +Hsbc/bsbuy,   95 Washington Street,   Buffalo, NY 14203-3006
13742494    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage LLC,   Attn: Bankruptcy,   350 Highland Dr,
               Lewisville, TX 75067)
13747259     +Nationstar Mortgage LLC,   c/o Alexander K. Lee,   4375 Jutland Dr, Suite 200,   PO Box 17933,
               San Diego, CA 92177-7921
13762694     +Nationstar Mortgage, LLC,   C/O ALDRIDGE PITE, LLP,   4375 Jutland Drive, Ste 200,
               P.O. Box 17933,   San Diego, CA 92177-7921
13742497     +Penn Credit Corporatio,   916 S 14th St,   Harrisburg, PA 17104-3425
13742499     +Prefcustfurn,   Po Box 94498,   Las Vegas, NV 89193-4498
13742501     +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13742505    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Mtr,   Toyota Financial Services,   Po Box 8026,
               Cedar Rapids, IA 52408)
13742504     +Tek-collect Inc,   871 Park St,   Columbus, OH 43215-1441
13742506     +Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
13742508     +Wellsfargo,   800 Walnut St,   Des Moines, IA 50309-3605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          +E-mail/Text: roberts12@dnb.com Nov 04 2016 01:48:49    Dun & Bradstreet, INC,
               3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 04 2016 01:48:42
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 04 2016 01:48:50    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13742456      E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 04 2016 01:48:48    American Honda Finance,
               Po Box 168088,   Irving, TX 75016
13742457      E-mail/Text: ebn@americollect.com Nov 04 2016 01:48:48    Americollect Inc,   Attn: Bankruptcy,
               Po Box 1566,   Manitowoc, WI 54221
13742454     +E-mail/Text: EBNProcessing@afni.com Nov 04 2016 01:48:48    Afni,   Po Box 3097,
               Bloomington, IL 61702-3097
13742455     +E-mail/Text: bkrpt@retrievalmasters.com Nov 04 2016 01:48:45    Amca,   2269 S Saw Mill,
               Elmsford, NY 10523-3832
13742463     +E-mail/Text: banko@berkscredit.com Nov 04 2016 01:48:37    Berks Credit & Coll,
               900 Corporate Dr,   Reading, PA 19605-3340
13742478     +E-mail/Text: bankruptcy@cavps.com Nov 04 2016 01:48:49    Calvary Portfolio Services,
               Attention: Bankruptcy Department,   500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-1340
13742488     +E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2016 01:50:05    GECRB/JC Penny,
               Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
13742489     +E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2016 01:50:05    GECRB/PC Richard,
               Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
13742492     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 04 2016 01:48:35    Kohls/capone,
               Po Box 3115,   Milwaukee, WI 53201-3115
13742493     +E-mail/Text: bkr@cardworks.com Nov 04 2016 01:48:34    Merrick Bk,   Attn: Bankruptcy,
               P.O. Box 9201,   Old Bethpage, NY 11804-9001
13742495     +Fax: 407-737-5634 Nov 04 2016 01:52:01    Ocwen Loan Servicing L,
               1661 Worthington Rd Suite 100,   West Palm Beach, FL 33409-6493
```

```
District/off: 0313-4          User: Lisa           Page 2 of 3           Date Rcvd: Nov 03, 2016
                              Form ID: pdf900      Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13742496      +E-mail/PDF: cbp@onemainfinancial.com Nov 04 2016 01:50:15      Onemain Fi,   6801 Colwell Blvd,
               Irving, TX 75039-3198
13742498       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 04 2016 02:11:21
               Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
13742503      +E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2016 01:49:53      Syncb/sleepys,
               C/o Po Box 965036,   Orlando, FL 32896-0001
13742507      +E-mail/Text: collect@williamsalexander.com Nov 04 2016 01:48:37      Waassociates,   Po Box 2148,
               Wayne, NJ 07474-2148
                                                                                        TOTAL: 18
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Nationstar Mortgage LLC,   c/o Alexander K. Lee,   4375 Jutland Dr, Suite 200,   PO Box 17933,
               San Diego, CA 92177-7921
13742459*     +Americollect Inc,   Po Box 371100,   Milwaukee, WI 53237-2200
13742477*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,   Po Box 982235,   El Paso, TX 79998)
13742464*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13742465*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13742466*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13742467*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13742468*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13742469*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13742470*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13742471*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13742472*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13742473*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13742474*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13742475*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13742476*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13742480*     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
13742482*     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
13742485*     +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
13742487*     +First Data,   1307 Walt Whitman Rd,   Melville, NY 11747-4819
13751488*     +Nationstar Mortgage LLC,   c/o Alexander K. Lee,   4375 Jutland Dr, Suite 200,   PO Box 17933,
               San Diego, CA 92177-7921
13742502*     +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13742460      ##+Aurora Loan Services,   Attn: Bankruptcy Dept.,   2617 College Park,
               Scottsbluff, NE 69361-2294
13742500      ##+Rshk/cbsd,   Attn.: Citi Centralized Bankruptcy,   Po Box 20363,   Kansas City, MO 64195-0363
                                                                           TOTALS: 0, * 22, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Deutsche Bank Trust Company
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com

```
District/off: 0313-4          User: Lisa              Page 3 of 3              Date Rcvd: Nov 03, 2016
                             Form ID: pdf900          Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
               PRASHANT   BHATIA    on behalf of Joint Debtor Fariha  Naqvi Prashant@bhatiallp.com
               PRASHANT   BHATIA    on behalf of Debtor Syed Hasan Naqvi Prashant@bhatiallp.com
               United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :
        SYED HASAN NAQVI            : Bankruptcy No.  16-14185REF
                and                       :
        FARIHA NAQVI                      :
                                          :

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby

Dismissed with Prejudice and debtor is barred from filing another bankruptcy petition, *for one year*

either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

11/3/16

_____
Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Prashant Bhatia, Esq.
475 Wall Street
Princeton, NJ 08540

Syed Hasan and Fariha Naqvi
4523 Homestead Drive
Nazareth, PA 18064

Dave Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107